Dismissed and Memorandum Opinion filed August 2, 2007








 

Dismissed
and Memorandum Opinion filed August 2, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00121-CR

 

____________

 

VIRGIL DALE ROACH, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
County Criminal Court at Law No. 8

Harris County,
Texas

Trial Court Cause
No.1432040

 



 

M E M O R A N D U M   O P I N I O N

A
written request to dismiss the appeal, personally signed by appellant, has been
filed with this Court.  See Tex.
R. App. P. 42.2.  Because this Court has not delivered an opinion, we
grant appellant=s request.

Accordingly,
we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

 








Judgment rendered and Memorandum
Opinion filed August 2, 2007.

Panel consists of Chief Justice
Hedges and Justices Anderson and Seymore.

Do not publish C Tex.
R. App. P. 47.2(b).